### In re DISBARMENT OF DAVIS.

No. 15303—Opinion Filed Dec. 2, 1924.

Original proceedings by the State, on relation of Edgar A. DeMeules, Jos. I. Pitchford, John H. Kane, J. B. Dudley, and J. B. Furry, constituting the grievance committee of the Oklahoma State Bar Association, for the disbarment of Herman Fox Davis. Respondent disbarred.

Members of Grievance Committee, for proponent.

PER CURIAM. This proceeding was instituted in this court to disbar Herman

Fox Davis, alleging he had been convicted of a felony, and attaching to the petition a certified copy of the judgment of conviction. The said Herman Fox Davis has been personally served with summons, and failed to appear or answer, and is now in default.

Upon authority of In re Horine, 64 Okla. 315, 167 Pac. 1148, the license heretofore issued by this court to the said Herman Fox Davis is hereby revoked and the said Herman Fox Davis is hereby disbarred from hereafter practicing law in the courts of this state.